Kevin **RAZZOLI,** Appellant

v.

**EXECUTIVE OFFICE OF the PRESIDENT, et al., Appellees.**

No. 08–5075.

United States Court of Appeals, District of Columbia Circuit.

Feb. 9, 2009.

Kevin Razzoli, Fairton, NJ, pro se.

Warden, Federal Correctional Institution, Fairton, NJ, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed March 10, 2008 be affirmed. The court did not abuse its discretion in dismissing the complaint as frivolous. *See, e.g., Denton v. Hernandez,* 504 U.S. 25, 32–33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.